**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Magistrate's Case No. **26-01343MJ** |
| Plaintiff, | ) ) | COMPLAINT FOR VIOLATION OF |
| | ) ) | Count One |
| Vs. | ) | Title 18 U.S.C. 554 (a) |
| | ) | Smuggling Goods from the United |
| | ) | States |
| Jorge Valdez Rosas | ) | |
| YOB:2000 | ) | Count Two |
| United States Citizen | ) | Title 18 U.S.C. 922 (g)(1) |
| | ) | Felon in Possession of Firearms and |
| | ) | Ammunition |
| | ) | |
| Defendant. | ) ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about April 30, 2026, in the District of Arizona, Jorge VALDEZ Rosas knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: two Colt AR-15 rifles and 100 rounds of 9mm ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title

15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

COUNT TWO

On or about April 30, 2026, in the District of Arizona, Jorge VALDEZ Rosas, knowing he was a person convicted of an offense punishable by more than one year, possessed and transported firearms and ammunition that had been shipped or transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Gayle Helart

Digitally signed by GAYLE HELART
Date: 2026.05.01 04:35:07 -07'00'

JACOB K WEITZMAN
Digitally signed by JACOB K WEITZMAN
Date: 2026.05.01 04:31:58 -07'00'

Jacob K. Weitzman
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed telephonically, on this ___1st___ day of May, 2026, at Yuma, Arizona.

Honorable James F. Metcalf
United States Magistrate Judge

**UNITED STATES OF AMERICA**
**vs.**
**Jorge Valdez Rosas**

## STATEMENT OF PROBABLE CAUSE

I, Jacob K. Weitzman, Special Agent of Homeland Security Investigations, being duly sworn, declare and state as follows:

### INTRODUCTION AND BACKGROUND OF AFFIANT

1. Your Affiant is a Special Agent with the Department of Homeland Security ("DHS"), U.S. Customs and Immigration ("ICE"), Homeland Security Investigations ("HSI") and has been since November 19, 2023.  During this period, your Affiance has conducted investigations of drug smuggling, child exploitation, and immigration offenses.  Your Affiant's experiences prior to federal employment include serving as a State Trooper with the Virginia Department of State Police from June 2020 until November 2023 as well as earning a Bachelor of Arts degree from the Politics Department at the University of Virginia in May 2020.  Relevant training includes successfully completing Federal Law Enforcement Training Center's ("FLETC") three-month Criminal Investigator Training Program ("CITP"), HSI's three-month Special Agent Training ("SAT"), and Virginia State Police's six-month academy all of which included instruction on law enforcement investigative techniques.

2. In preparing this Affidavit, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein.  I have personal knowledge of the following facts or have learned them from other law enforcement officers.  I also relied on my training, experience, and background in law enforcement to evaluate this information.  Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

### PROBABLE CAUSE

3. On April 30, 2026, at approximately 2142 hours, Jorge VALDEZ Rosas attempted to exit the United States into Mexico via south bound lanes at the U.S. Customs and Border Protection's ("CBP") Port of Entry in San Luis, Arizona. He was driving a black 2014 Nissan Murano (Arizona registration

87A4AB). VALDEZ's vehicle was selected for inspection by CBP's Anti-Terrorism Contraband Team (AT-CET) conducting outbound traffic inspection. VALDEZ was the driver of the vehicle, and the vehicle is registered to his mother, though records checks showed VALDEZ has been seen crossing into the United States from Mexico in this vehicle multiple times a week throughout the month of April. During the biographical portion of the interview, VALDEZ he was the main operator of the vehicle.

4. VALDEZ stated to a CBP Officer he was traveling to San Luis Rio Colorado, Mexico. The CBP Officer received a negative outbound customs declaration from VALDEZ to include weapons, ammunition, or currency greater than 10,000 U.S. Dollars. Upon inspection, CBP Officers discovered two Colt AR-rifles and two 50-count boxes of 9 mm ammunition in the trunk.  Specifically, upon opening the trunk, there was a mat covering the space where the spare tire would normally be kept.  When the mat was lifted, the firearms and ammunition were located and no spare tire was in the space. An internet search showed that Colt firearms are manufactured outside the state of Arizona.

5. Homeland Security Investigations Special Agents arrived at the San Luis, Arizona Port of Entry before midnight and waited for briefing and a shift change.  At approximately 0100 hours on May 1, 2026, HSI Agents conducted an interview with VALDEZ in the English language. VALDEZ was read his *Miranda* Rights, verbatim, in English and VALDEZ stated he did not wish to answer questions from the Special Agents at that time.

6. Criminal history record checks revealed that VALDEZ was convicted of a felony offense on February 1, 2023, by the Commonwealth of Pennsylvania, and received a sentence of 3-6 years. The statute pertains to the manufacture, delivery, or possession with intent to manufacture or deliver a controlled substance.  During the biographical portion of the contact with VALDEZ, he stated that the drug involved was fentanyl.

7. Based on the foregoing, I submit there is probable cause to believe Jorge Valdez Rosas committed the offenses alleged in the Complaint.

JACOB K WEITZMAN
Digitally signed by JACOB K WEITZMAN
Date: 2026.05.01 04:32:31 -07'00'

Jacob K. Weitzman
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed telephonically, on this ___1st___ day of May, 2026, at Yuma, Arizona.

Honorable James F. Metcalf
United States Magistrate Judge