TIMOTHY COURCHAINE
United States Attorney
District of Arizona

SHEILA PHILLIPS
Assistant United States Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

MAY 2 6 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-26-00551-PHX-SPL |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 554(a) |
| Jorge Valdez Rosas, | (Smuggling Goods from the United States) |
| Defendant. | Count 1 |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| | (Felon in Possession of Ammunition) |
| | Count 2 |
| | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853; and 28 U.S.C. § 2461(c) |
| | (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## <u>COUNT 1</u>

On or about April 30, 2026, in the District of Arizona, Defendant, JORGE VALDEZ ROSAS, knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such

merchandise, article or object, that is: one (1) Colt AR-15 rifle (M16A2) replica with serial number 4207434; one (1) Colt AR-15 rifle (M16A2) replica with serial number 4207433; and 100 rounds of 9mm Luger115 grain FMJ ammunition, knowing it to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 2

On or about April 30, 2026, in the District of Arizona, Defendant, JORGE VALDEZ ROSAS, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit: 100 rounds of 9mm Luger grain FMJ ammunition, which had previously been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations in Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1 and 2 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property Defendant is liable, to include the following:

(1) one (1) Colt AR-15 rifle (M16A2) replica Serial number 4207434;

(2) one (1) Colt AR-15 rifle (M16A2) replica Serial number 4207433; and

(3) 100 rounds of 9mm Luger 115 grain FMJ ammunition.

- 2 -

If any forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: May 26, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
SHEILA PHILLIPS
Assistant U.S. Attorney